## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Scott Alicea-Bailey, being duly sworn, hereby depose and say:

### INTRODUCTION

1. I have been employed by the Southbridge Police Department for over 20 years, where I have served as a Detective for the past 14 years. I am a graduate of the full-time Municipal Police Academy in Boylston, Massachusetts. In addition to this training and the annual in-service training that I attend, I have received approximately 600 hours of specialized training in drug enforcement sponsored at both the municipal and federal levels, to include a two-week Basic Narcotics course sponsored by the Massachusetts Criminal Justice Training Council.

2. In March 2015, I was assigned as a Task Force Officer (TFO) to the Tactical Diversion Squad (TDS) of the Drug Enforcement Agency (DEA) stationed in Worcester, Massachusetts. The primary mission of TDS is the enforcement laws prohibiting the trafficking of diverted pharmaceutical drugs and chemicals. As a DEA TFO, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General

3. In connection with my work as a TFO with the DEA, I have worked with federal, state, and local law enforcement officers in the District of Massachusetts. These diverse personnel provide the DEA with an extensive breadth of experience and knowledge about illegal drug trafficking in the District of Massachusetts and elsewhere, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

4.  I am submitting this affidavit in support of an application for a criminal complaint charging Brandon JONES (born 1988) with possession with intent to distribute a controlled substance, to wit: oxycodone, in violation of 21 U.S.C. § 841 (the "Subject Offense"). Oxycodone is a Schedule II controlled substance.

5.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and other sources. This affidavit is intended to establish probable cause as required for the issuance the requested criminal complaint and does not set forth all of my knowledge about this matter.

## BASIS FOR PROBABLE CAUSE

6.  In July 2022, I, along with Southbridge Police detectives, spoke with a confidential source (the "CS") regarding drug trafficking activities of a male subject the CS knew as "Skip." During subsequent investigation, "Skip" was positively identified as JONES. According to the CS, JONES resides in Providence and distributes Oxycodone and cocaine in the Worcester area. The CS advised that, on a daily basis, JONES travels to Worcester in rental vehicles, sells his product in that area throughout the afternoon, and then returns to his residence in Providence. The CS stated that JONES frequently changes rental vehicles but has utilized the same cellphone number – (508) 410-7120 – for the past few years.

7.  On July 17, 2022, agents established surveillance in the area of Park Avenue in Worcester and observed JONES operating a rented 2022 red Ford Escape. JONES met with multiple people in the Park Avenue area. In general, these meetings consisted of JONES parking on the street or in a parking lot, unknown subjects exiting from nearby vehicles, and either approaching the driver side window of the rental vehicle or entering the passenger side of JONES's vehicle. The meetings lasted less than a minute, and the unknown subjects would walk

away from JONES' vehicle, returning to their vehicle and leaving the area. Agents observed approximately five of these short interactions within a thirty-minute period. In my training and experience, that activity is consistent with JONES engaging in street level drug sales.

    C.    <u>October 05, 2022, Oxycodone Sale to the UC</u>

    8.    On or about October 5, 2022, the UC contacted JONES at (508) 410-7120 and arranged for the purchase of $1,000 worth of Oxycodone pills.

    9.    That same day, at approximately 1:58 pm, the UC proceeded to Winfield Street, Worcester, as directed by JONES. At approximately 2:41 pm, JONES contacted the UC and re-directed the UC to the Walmart on Tobias Boland Way. At approximately 4:11 pm, surveillance observed a Nissan operated by JONES enter the Walmart parking lot and park near the UC vehicle. The UC entered the rear seat of JONES's vehicle.[1] An unidentified male also entered the rear seat of JONES's vehicle shortly after the UC entered.

    10.    According to the UC, after he entered JONES's car, he and JONES exchanged the $1,000 for 32 Oxycodone pills. The unidentified male then gave an unknown amount of currency to JONES for Oxycodone pills. The UC exited the Nissan, re-entered his vehicle and drove directly to a meet location where he provided me with the 32 suspected Oxycodone pills. Two of the pills were later field-tested with a positive result for the presence of oxycodone.

    C.    <u>November 22, 2022, Oxycodone Sale to the UC</u>

    11.    On or about November 22, 2022, the UC again contacted JONES at (508) 410-7120 and arranged for the purchase of Oxycodone pills.

    12.    At approximately 2:55 pm, the UC contacted JONES, who directed the UC to Chelsea Street. At approximately 3:10 pm, the UC parked on Chelsea Street and informed

---

[1] The UC carried a recording device; however, that device malfunctioned and no recording of the meeting was obtained.

JONES that he had arrived. At approximately 3:28pm, JONES, operating a rented Kia, arrived in the area and parked in front of the UC vehicle. The UC exited his vehicle and entered the front passenger seat of the Kia.[2]

13. JONES advised the UC that he only had 15 "M's" with him and would have to go to his house to pick up more.[3] JONES provided the 15 pills to the UC in exchange for $420. The UC then told JONES he was looking for a new supplier of crack cocaine. JONES offered to provide crack cocaine at a price of $30/gram for an ounce or more, and a "ball" – 3.5 grams of cocaine – for $115.

14. During the post-buy meeting, the UC confirmed that he purchased 15 pills from JONES on Chelsea Street. Examination of the 15 pills revealed that 14 were marked with "M" and one pill was marked with "ALG 265". Agents field-tested one of the 14 pills marked with the "M" and the one pill marked with "ALG 265" and obtained positive results for the presence of oxycodone.

E. January 4, 2023, Oxycodone Sale to the UC

15. On or about January 4, 2023, the UC contacted JONES at (508) 410-7120 and arranged for the purchase of Oxycodone pills.

16. The UC subsequently contacted JONES and advised that he was in Worcester. JONES directed the UC to Fern Street, where the UC arrived at approximately 2:08 pm. JONES arrived approximately two minutes later operating a Toyota Camry and parked near the UC's vehicle. The UC exited his vehicle and entered the front passenger seat of JONES's Camry.[4]

---

[2] The meeting between the UC and JONES in the Kia was audio-recorded.

[3] The UC previously had advised JONES that he preferred the Oxycodone pills marked with an "M" because they "sell faster."

[4] The UC carried a recording device; however, that device malfunctioned and no recording of the meeting was obtained.

17. According to the UC, upon entering JONES's vehicle, he observed JONES receive two phone calls during which he appeared to set up drug sales in the area. After completing those calls, JONES retrieved a plastic bag from his pocket that contained an estimated 500 blue pills. The UC advised JONES that he had $1,500. JONES informed the UC that he would sell him 50 pills. JONES counted out approximately 50 pills, placed the pills into the second plastic bag, and then provided the second bag to the UC. The UC then asked JONES about the possibility of buying a firearm. JONES advised the UC that he could get the UC a firearm "Asap." The UC told JONES he needed a couple days to get the money together. The UC then exited JONES's vehicle.

18. Agents met with the UC, who provided agents with the bag of pills that JONES sold to him. A count of the pills revealed that the bag only contained 48 pills, each marked with "M 30." Agents field-tested two pills and obtained a positive result for the presence of Oxycodone.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CONCLUSION

19. Based on the information contained in this affidavit, I submit that probable cause exists for the issuance of a criminal complaint charging Brandon JONES with distribution of controlled substances, to wit oxycodone, in violation of 21 U.S.C. § 841.

*Scott Whera Bailey*
Task Force Officer Scott Whera-Bailey
Drug Enforcement Administration

Sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1 on the 13th day of March, 2023:

2:20 p.m.

Honorable David H. Hennessy
United States Magistrate Judge